**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CINDY MCGEE,**

**Plaintiff,**

**v.** **Case No: 6:16-cv-391-Orl-22TBS**

**CARMAX BUSINESS SERVICES, L.L.C.,**

**Defendant.**

---

# ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 18). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 13, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record